UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHANE SHARPLEY | CIVIL ACTION NO. 24-cv-1330 |
| VERSUS | JUDGE EDWARDS |
| COVENANT TESTING TECHNOLOGIES, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 11), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is remanded to the 42nd Judicial District Court, DeSoto Parish, Louisiana for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 11th day of December, 2024.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE